USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 7/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EBONY BURCH, Plaintiff, -against- VANCE AND HUFFMAN, LLC, *et al.*, Defendants. | 1:26-cv-6305-GHW<br><br><u>ORDER</u> |

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, County of New York, on July 24, 2026. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than August 7, 2026. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendants are directed to serve a copy of this order on Plaintiff, and to retain proof of service.

SO ORDERED.

Dated: July 28, 2026
New York, New York

GREGORY H. WOODS
United States District Judge